### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00462     Recorder: CS 10/19/2022     Date: 10/19/2022

Present: The Honorable Alexander F. MacKinnon, U.S. Magistrate Judge

Court Clerk: Ilene Bernal     Assistant U.S. Attorney: Derek Flores

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| GABRIEL CHAVEZ<br>BOND-PRESENT | FRANCISCO SUAREZ<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Waiver of Indictment submitted, accepted by the Court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge Otis D. Wright II.
It is ordered that the following date(s) and time(s) are set:
Guilty Plea and Setting of all other proceedings 11/08/2022 at 11:00 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: IB by TRB